Case 4:17-cv-03774   Document 24   Filed on 09/04/19 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 04, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:17-CV-3774 |
| RAY C. DAVIS, *et al*, | § § § | |
| Defendants. | § § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed by the United States Securities and Exchange Commission on September 4, 2019 (Doc. No. 23), the Court hereby **DISMISSES** Defendant Ray C. Davis and Relief Defendant Blackstone Group, Inc. and Afcon Communications, Inc. without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). All claims against Defendant Behavioral Recognition Systems, Inc., n/k/a/ Giant Gray, Inc. remain in effect.

SIGNED at Houston, Texas, this \_\_4th\_\_ day of September 2019.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE