## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>**Plaintiff,**<br><br>v.<br><br>RAY C. DAVIS, and<br>BEHAVIORAL RECOGNITION SYSTEMS, INC.,<br>n/k/a GIANT GRAY, INC.<br><br>**Defendants,**<br><br>and<br><br>BLACKSTONE GROUP, INC.,<br>AFCON COMMUNICATIONS, INC., and<br>DEBRA S. DAVIS,<br><br>**Relief Defendants.** | Case Number: 4:17-CV-03774 |

### JOINT STIPULATION OF DISMISSAL AS TO RELIEF DEFENDANT
### DEBRA S. DAVIS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff U.S.

Securities and Exchange Commission  and Relief Defendant Debra S. Davis jointly stipulate to

the dismissal, without prejudice, of the Complaint as to Relief Defendant Debra S. Davis.  This

dismissal resolves the last Relief Defendant in the above-mentioned matter.

Dated:  November 1, 2019       Respectfully submitted,

SECURITIES AND EXCHANGE COMMISSION

By:    */s/ Gregory Bockin*
       Gregory R. Bockin
       U.S. Securities and Exchange Commission
       100 F. Street, N.E.
       Washington, D.C.  20549
       Tel:  (202) 551-5684
       Email: BockinG@sec.gov


COUNSEL FOR DEBRA S. DAVIS

By:    */s/ Dan L. Cogdell*
       Dan L. Cogdell
       Squire Patton Boggs
       6200 Chase Tower
       600 Travis Street
       Houston, TX  77002
       Tel:  (713) 546-5850
       Email: dan.cogdell@squirepb.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 1, 2019, a copy of the foregoing document was filed through the Court's CM/ECF system, which will send copies to all counsel of record.

/s/ *Gregory Bockin*
Gregory R. Bockin
*Counsel for Plaintiff*